# Court of Appeals
# of the State of Georgia

ATLANTA, August 15, 2023

*The Court of Appeals hereby passes the following order*

**A24I0001. ATLANTA AREA COUNCIL, INC. et al v. JOSHUA HUGHES et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

20A1400



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, August 15, 2023.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*